UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

       - v. -                          :   <u>ORDER</u>
                                                                                                                    07 Cr. 1100

CESAR ARZOLA, and                       :
LUIS ACOSTA,
                                                    :

           Defendants.
                                                 :

- - - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Todd Blanche;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       December 10, 2007

                                                              _____
                                                               UNITED STATE MAGISTRATE JUDGE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DEC 10 2007]