

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2007

**BY HAND**

The Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   United States v. Cesar Arzola
           07 Cr. 1100

Dear Judge Katz:

      A grand jury returned a sealed indictment on or about December 5, 2007 in the above-referenced case. The defendant was arrested in Texas on Saturday, December 8, 2007, on a warrant issued pursuant to this indictment. Therefore, the Government respectfully requests that Your Honor sign an order unsealing this case. A proposed order is attached.

                                        Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney

                     By:   *[signature]*
                           Todd Blanche
                           Assistant U.S. Attorney
                           (212) 637-2494
                           (212) 637-2390 (facsimile)

Enc.