


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



RECEIVED
FEB 21 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2008

**By Facsimile**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   <u>United States v. Cesar Arzola et al.</u>
          07 Cr. 1100 (AKH)

*[Handwritten note: "The cnf is adjourned, and time is excluded, to 3/5/08, 10:30 a.m. 2-21-08 /s/ AKH"]*

Dear Judge Hellerstein:

    A pre-trial conference in the above-referenced case is scheduled for tomorrow, February 22, 2008. The parties write to jointly request a brief adjournment of the conference scheduled for tomorrow. The Government is producing discovery tomorrow, and both counsel request time to review this discovery. I have spoken with Your Honor's Chambers, and have been informed that March 5, 2008, at 10:30 a.m. is an available time for the next conference.

    If Your Honor grants the requested adjournment, then the Government respectfully requests that the Court exclude time from today until the date of the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

Honorable Alvin K. Hellerstein
Page 2
February 21, 2008

speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a possible disposition of this case. Counsel for the defendants have consented to this request.

          Respectfully Submitted,

          MICHAEL J. GARCIA
          United States Attorney

By: _____
          Todd Blanche
          Assistant U.S. Attorney
          (212) 637-2494

cc:    Joyce London, Esq. (by fax)
        Donald Yannella, Esq. (by fax)