

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 22, 2008

**By Facsimile**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    <u>United States v. Luis Acosta</u>
            07 Cr. 1100 (AKH)

Dear Judge Hellerstein:

        Sentencing in this case was scheduled for today, August 22, 2008. Your Honor's Chambers contacted the parties about adjourning the sentence date to August 28, 2008, at 10:30. The Government is not available on that day. I have discussed alternative dates with defense counsel, and would respectfully request that the sentence scheduled for August 28, 2008, be adjourned until September 11, 2008, in the afternoon, or September 12, 2008. Thank you for your consideration in this request.

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

            By:    _/s/ Todd Blanche_
                      Todd Blanche
                      Assistant U.S. Attorney
                      (212) 637-2494

cc:    Donald Yannella, Esq. (by fax)

[Handwritten endorsement: Sentencing adjourned to Sept 15, at 9:30 a.m. 8-25-08 /s/ AKHellerstein]